FILED
9/7/2022 9:12 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L008038
Calendar, Z
19382458

FILED DATE: 9/7/2022 9:12 AM 2022L008038

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MISTY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: |
| | ) |
| ROSS DRESS FOR LESS INC., d/b/a | ) |
| DD'S DISCOUNTS, a Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

## COUNT I – NEGLIGENCE

NOW COMES the Plaintiff, MISTY WALKER, by and through her attorneys, ARGIONIS & ASSOCIATES, LLC, and complaining of the Defendant, ROSS DRESS FOR LESS INC., d/b/a DD'S DISCOUNTS, a Foreign Corporation, alleges as follows:

1.  That on or before January 31, 2021, and for a long time prior thereto, Defendant, ROSS DRESS FOR LESS INC., d/b/a DD'S DISCOUNTS, a Foreign Corporation (hereinafter, "DD'S Discounts") was authorized to conduct business in the State of Illinois and was conducting business within the City of Chicago, County of Cook, and State of Illinois.

2.  That on or before January 31, 2021, and for a long time prior thereto, the Defendant, owned, possessed, operated, managed, maintained and/or controlled or had a duty to possess, operate, manage, maintain and/or control, both directly and indirectly, individually and through their agents, servants and employees, a certain dd's Discounts, located at or about 1709 East 95th Street, in the City of Chicago, County of Cook, and State of Illinois.

3.  That at said aforementioned time and place, it was the duty of Defendant, DD'S DISCOUNTS, through its' agents, apparent agents, and/or employees, to exercise ordinary and

1

**EXHIBIT A**

reasonable care for the safety of the Plaintiff and others.

4. That at said aforementioned time and place, Plaintiff, MISTY WALKER, was a customer purchasing items in the checkout area of the aforementioned dd's Discounts store located at 1709 East 95th Street, in the City of Chicago, County of Cook, and State of Illinois.

5. That at said aforementioned time and place, Defendant, DD'S DISCOUNTS, individually and/or through its agent, apparent agent, and/or employee, caused Plaintiff, MISTY WALKER, to be injured when an unsecured Plexiglass barrier fell on her, while she was checking out at the register at Defendant's store.

6. Defendant, DD'S DISCOUNTS, through its agents, apparent agents, and/or employees, was then and there guilty of one or more of the following careless and negligent acts or omissions:

    (a) Caused a heavy object and/or unsecured Plexiglass barrier to fall on the Plaintiff;

    (b) Failed to prevent heavy objects from falling onto the Plaintiff;

    (c) Failed to make a reasonable inspection of the aforesaid building, counter, and common area when the Defendants knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff and to others;

    (d) Failed to warn the Plaintiff of the dangerous condition(s) at the checkout counter and common area in which customers walk and are permitted to be, when the Defendants knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

    (e) Failed to place barricades around the dangerous condition(s) of said aisle and common area in which customers walk, when the Defendants knew, or in the exercise of ordinary care should have known, that said barricades

were necessary to prevent injury to the Plaintiff;

(f) Improperly operated, maintained, managed, and controlled the checkout counter on the aforesaid premises;

(g) Failed to properly secure the Plexiglass barrier located at the checkout counter, creating a dangerous condition;

(h) Was otherwise careless or negligent.

7. As a result of the aforesaid acts and omissions of the agents, apparent agents, and/or employees of the Defendant, DD'S DISCOUNTS, the Plaintiff was struck from above by an unsecure Plexiglass barrier, which fell onto Plaintiff's person as she was standing at the register to check-out.

8. As a direct and proximate result of one or more of the aforesaid careless and negligent acts/or omissions of the agents, apparent agents, and/or employees of the Defendant, DD'S DISCOUNTS, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be, hindered and prevented from attending to her usual duties and affairs, and has lost, and will in the future lose, the value of that time.

9. Plaintiff has suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, MISTY WALKER, demands judgment against the Defendant, DD'S DISCOUNTS, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

3

## COUNT II – RES IPSA LOQUITUR

NOW COMES the Plaintiff, MISTY WALKER, by and through her attorneys, ARGIONIS & ASSOCIATES, LLC, and complaining of the Defendant, ROSS DRESS FOR LESS INC., d/b/a DD'S DISCOUNTS, a Foreign Corporation, alleges as follows:

1. That on or before January 31, 2021, and for a long time prior thereto, Defendant, ROSS DRESS FOR LESS INC., d/b/a DD'S DISCOUNTS, a Foreign Corporation (hereinafter, "DD'S Discounts") was authorized to conduct business in the State of Illinois and was conducting business within the City of Chicago, County of Cook, and State of Illinois.

2. That on or before January 31, 2021, and for a long time prior thereto, the Defendant, owned, possessed, operated, managed, maintained and/or controlled or had a duty to possess, operate, manage, maintain and/or control, both directly and indirectly, individually and through their agents, servants and employees, a certain dd's Discounts, located at or about 1709 East 95th Street, in the City of Chicago, County of Cook, and State of Illinois.

3. That at said aforementioned time and place, it was the duty of Defendant, DD'S DISCOUNTS, through its' agents, apparent agents, and/or employees, to exercise ordinary and reasonable care for the safety of the Plaintiff and others.

4. That at said aforementioned time and place, Plaintiff, MISTY WALKER, was a customer purchasing items in the checkout area of the aforementioned dd's Discounts store located at 1709 East 95th Street, in the City of Chicago, County of Cook, and State of Illinois.

5. That at said aforementioned time and place, Defendant, DD'S DISCOUNTS, individually and/or through its agents, apparent agents, and/or employees, caused Plaintiff, MISTY WALKER, to be injured by causing a Plexiglass barrier to fall upon her from the

4

checkout counter area at Defendant's store.

6. That this occurrence speaks for itself; that is, that such an occurrence would not have occurred if the Defendant had used a reasonable standard of professional care.

7. That the Defendant, DD'S DISCOUNTS, was in complete control of the aforementioned unsecured Plexiglass barrier immediately prior to the occurrence.

8. As a result of the aforesaid acts and omissions of the agents, apparent agents, and/or employees of the Defendant, DD'S DISCOUNTS, the Plaintiff was struck from above by a falling heavy object.

9. As a direct and proximate result of one or more of the aforesaid careless and negligent acts/or omissions of the agent, apparent agent, and/or employee of the Defendant, DD'S DISCOUNTS, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be, hindered and prevented from attending to her usual duties and affairs, and has lost, and will in the future lose, the value of that time.

10. Plaintiff has suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, MISTY WALKER, demands judgment against the Defendant, DD'S DISCOUNTS, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

Respectfully Submitted,

Attorneys for Plaintiff

FILED DATE: 9/7/2022 9:12 AM    2022L008038

George G. Argionis
Alfred A. Koritsaris
ARGIONIS & ASSOCIATES, LLC
180 N. LaSalle - Suite 1925
Chicago, Illinois 60601
Atty. No. 44536
Tel.: 312-782-4545
gga@argionislaw.com
aak@argionislaw.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MISTY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: |
| | ) |
| ROSS DRESS FOR LESS INC., d/b/a | ) |
| DD'S DISCOUNTS, a Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

FILED DATE: 9/7/2022 9:12 AM 2022L008038

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

The undersigned being duly sworn on oath hereby certifies pursuant to Supreme Court Rule 222 that:

1. I am the Plaintiff in the above-entitled action.

2. I am filing an action for personal injuries with the belief that the total money damages of this claim as it presently stands will exceed the sum of $50,000.00.

Further Affiant Sayeth Not.

_____
MISTY WALKER, by Al Koritsaris, her Attorney

SUBSCRIBED AND SWORN TO before me this ___ day of _____, 2022.

*Official Seal*
*George Argionis*
*Notary Public State of Illinois*
*My Commission Expires 02/16/2023*

George G. Argionis
Al Koritsaris
**ARGIONIS & ASSOCIATES, LLC**
180 North LaSalle Street - Suite 1925
Chicago, IL 60601
Tel.: (312) 782-4545
Atty No.: 44536
gga@argionislaw.com
aak@argionislaw.com

**Eman Senteno**

| | |
|---|---|
| **From:** | Mathew Hargrave |
| **Sent:** | Thursday, October 20, 2022 4:17 PM |
| **To:** | ak@argionislaw.com |
| **Cc:** | Eman Senteno |
| **Subject:** | RE: Letter to Argionis ack representation 10-20-22 & Letter to Argionis req medical records, bills 10-20-22 - Walker v. Ross Dress for Less Inc., d/b/a DD's Discounts 30217075389-0001 SDG.22317: |

Good afternoon Al, tomorrow based on diversity of citizenship we will be filing a notice of removal to federal court unless you acquiesce that the amount in controversy for this case does not exceed $75,000. I would appreciate receiving the medical records and bills you have (and anything else of substance) so we can evaluate the case for potential early resolution. If it's easier than emailing, here is an upload link you can use: https://bvh.sharefile.com/r-rebc62a6caef24ccdb3a3f49ba064544e

Thank you and I look forward to working with you.

Matt

Mathew K. Hargrave
Best, Vanderlaan & Harrington
312-819-1100 ext.108

---

**From:** Melissa Allen
**Sent:** Thursday, October 20, 2022 3:33 PM
**To:** ak@argionislaw.com
**Cc:** Mathew Hargrave <mhargrave@bestfirm.com>; Eman Senteno <esenteno@bestfirm.com>; Asia Mackowiak <amackowiak@bestfirm.com>
**Subject:** Letter to Argionis ack representation 10-20-22 & Letter to Argionis req medical records, bills 10-20-22 - Walker v. Ross Dress for Less Inc., d/b/a DD's Discounts 30217075389-0001 SDG.22317:

Good Afternoon:

At the request of Mathew Hargrave, I have attached correspondence for your review. Should you experience any difficulties in opening said attachments, please contact the undersigned.

Thank you.

Melissa D. Allen
Best, Vanderlaan & Harrington
25 E. Washington Street
Suite 800
Chicago, IL 60602
(312) 819-1100
(312) 819-8062 (Fax)
mallen@bestfirm.com

*Please be advised service of legal documents is not accepted at this email address. Pursuant to Illinois Supreme Court Rules 11(b)(6) and 131(d)(1), the only email address at which e-service is accepted is eservice@bestfirm.com.*

EXHIBIT B

FILED
9/28/2022 3:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L008038
Calendar, Z
19683023

FILED DATE: 9/28/2022 3:01 PM 2022L008038

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Misty Walker

      Plaintiff(s)

      v.      No. 2022L008038

Ross Dress for Less Inc., d/b/a DD's Discounts,
a Foreign Corporation
      Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Theodore S. Tyk #129.462921, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee and/or agent of Tri County Investigations, a licensed private detective agency, license number 117-001700, pursuant to 225 ILCS 447/5-10.

**Type of process**: Summons and Complaint at Law

**Defendant to be served**: Ross Dress for Less, Inc., d/b/a DD's Discounts

**Address where served**: 208 S LaSalle St., Suite 814, Chicago, IL 60604

I served the within named defendant on September 21, 2022 at 10:36 a.m.

**Corporate or Government Service** by leaving a copy with Dionsia Anderson, (title) Intake Specialist, a person authorized to accept service.

*Note: Service of documents was completed through a prearranged intake portal on company's website, an electronic copy uploaded, and a confirmation receipt was emailed to this server.*

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this document are true and correct.

I certify that I am a United States citizen, over the age of 18 and not party to, nor otherwise interested in the above action.

Subscribed and sworn to me on this 20th day of September, 2022.

_____        _____
Notary Public                                                     Signature of Process Server

MARIEL TYK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 14, 2025

**EXHIBIT C**